UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ONE LAKESIDE PLAZA L L C** | **CASE NO. 2:21-CV-04050** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **INDIAN HARBOR INSURANCE CO ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# ORDER

Before the Court is a Motion to Consolidate (Doc. 6) this case filed by Defendants, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona United Specialty Insurance Company, Lexington Insurance Company, Safety Specialty Insurance Company, and Old Republic Union Insurance Company (collectively "Defendant Domestic Insurers") with *Certain Underwriters at Lloyd's, London Subscribing to Policy Number AMR-68821, et al v. One Lakeside Plaza, LLC*, Civil Action No. 2:21-4049 (W.D. La.).

The Fifth Circuit has issued a Mandate in this matter affirming the denial of the insurers' Motion to Compel Arbitration, *One Lakeside Plaza LLC v. Indian Harbor Insurance Co.*, 2026 WL 50022, at *1 (5th Cir. Jan. 7, 2026), which is dispositive of the Complaint to Compel Arbitration and Stay Litigation in Civil Action 2:21-4049.[1]  The Court has now dismissed the insurers' case. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Consolidate is **DENIED** as **MOOT.**

---

[1] Doc. 16, Civ. Action No. 2:21-4049.

**IT IS FURTHER ORDERED** that Defendants file an Answer to this lawsuit withing 21 days of this Order. Additionally, because of the age of the case, the Court will not require the parties to proceed through the Case Management Order (Doc. 3).

**THUS DONE AND SIGNED** in chambers on this 23rd day of February, 2026.

                                                        **JAMES D. CAIN, JR.**
                                           **UNITED STATES DISTRICT JUDGE**